UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ULLICO CASUALTY COMPANY,
a Delaware corporation,

    Plaintiff,

v

FISHER ROOFING COMPANY, INC.,
a Michigan corporation,
MARY M. FISHER, an individual,
WILLIAM J. FISHER, an individual,
JANICE FISHER, an individual,
ROBERT L. FISHER, an individual,
DEBORAH K. MERTZ, an individual,
MARTIN MENTZ, an individual,
CONSTANCE FISHER, an individual,
jointly and severally,

    Defendants.
-------------------------------------------------------------------/

Case Number 2:12-cv-10729-RHC-DRG
Judge Robert H. Cleland

GERALD J. RICHTER  P38822
MICHAEL A. HASSAN  P66176
Attorneys for Plaintiff
(248) 813-9900

## PARTIAL JUDGMENT BY DEFAULT

    Plaintiff having filed suit against Defendants, FISHER ROOFING COMPANY, INC., MARY M. FISHER, WILLIAM J. FISHER, JANICE FISHER, ROBERT L. FISHER, DEBORAH K. MERTZ and MARTIN MENTZ, and Defendants having failed to appear or otherwise defend in accordance with F.R.C.P. 55(a), and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that Partial Judgment is hereby entered against Defendants, FISHER ROOFING COMPANY, INC., MARY M. FISHER, WILLIAM J. FISHER, JANICE FISHER, ROBERT L. FISHER, DEBORAH K. MERTZ and MARTIN MENTZ, jointly and severally, in the amount of $318,615.93.  Plaintiff may seek an amendment of this Partial Judgment, if its damages continue to increase.

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: June 28, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 28, 2012, by electronic and/or ordinary mail.

                                                   s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522