UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ULLICO CASUALTY COMPANY,
a Delaware corporation,

    Plaintiff,

v                                    Case Number 2:12-cv-10729-RHC-DRG
                                      Judge Robert H. Cleland

FISHER ROOFING COMPANY, INC.,
a Michigan corporation,
MARY M. FISHER, an individual,
WILLIAM J. FISHER, an individual,
JANICE FISHER, an individual,
ROBERT L. FISHER, an individual,
DEBORAH K. MERTZ, an individual,
MARTIN MENTZ, an individual,
CONSTANCE FISHER, an individual,
jointly and severally,

    Defendants.
_____

| GERALD J. RICHTER  P38822 | BRYAN YALDOU  P70600 |
|---|---|
| MICHAEL A. HASSAN  P66176 | Attorney for William Fisher, |
| Attorneys for Plaintiff | Janice Fisher and Robert Fisher |
| (248) 813-9900 | (734) 692-9200 |

_____

### ORDER TO APPEAR FOR DEBTOR'S EXAM OF ROBERT L. FISHER

    At a session of said Court, held in the Courthouse, City of Detroit, County of Wayne, State of Michigan, on  August 9, 2012

    PRESENT:  The HONORABLE ROBERT H. CLELAND
                            US District Court Judge

    Upon the Motion of Ullico Casualty Company, and this Court being otherwise fully advised;

    IT IS HEREBY ORDERED that Defendant, ROBERT L. FISHER, shall appear at the law offices of Gerald J. Richter on **Tuesday, August 16, 2012 at 10:00 a.m.** to be examined under oath and to produce for examination and copying any and all books, papers or records in his

FACCA, RICHTER & PREGLER, P.C., 6050 LIVERNOIS, TROY, MI 48098 (248) 813-9900

possession or control which have or may contain information concerning any property or income of Robert L. Fisher, including, but not limited to those records referenced below:

1. Federal income tax returns and gift tax returns for the last three years.

2. All records, for the last three years, relating to bank accounts, including canceled checks, bank statements, checkbooks and check registers, with regard to checking accounts, savings accounts, NOW accounts, and other special accounts.

3. All records relating to mutual fund accounts, including money market funds, equity funds, bond funds, and other funds.

4. All records relating to any interest you have in real estate, including interests in vacant land, single family dwellings, condominiums, cooperatives, summer homes, commercial property and industrial property, such as records to include deeds, mortgages, land trust records, limited partnership records, leases, and contracts for the purchase or sale of real estate.

5. All records relating to any interests you have in gold, silver, other precious metals, coins, stamps and art work.

6. Copies of all financial statements prepared within the last three years.

7. All records regarding your ownership of or interest in negotiable or non-negotiable securities, including stock certificates, bonds, debentures, warrants, pledges, certificates of deposit, treasury bills and the like.

8. All records relating to any business conducted by you as a sole proprietor, including canceled checks, check registers, cash receipts journals, disbursements journals, sales journals, financial statements, statements of profit and loss, and listings of accounts receivables, listing of assets.

9. All records relating to any interest you have in partnerships, including partnership agreements, partnership tax returns, canceled checks, check registers, cash receipt journals, disbursement journals, sales journals, financial statements, statements of profit and loss, and listings of accounts receivable.

10. All records relating to any ownership of or interests in boats, automobiles, snowmobiles, motorcycles, mopeds, or other vehicles.

11. Records of all accounts with brokers, security dealers, investment advisors, commodity dealers, and the like, for the last three years.

12. All records relating to any personal property leased by you.

13. All records showing compensation paid to you for the last 3 years, from any source, including payroll stubs, 1040 forms, 1099 forms, K-1 forms, dividend records, and statements of interest received.

14. All records relating to any business conducted by you as a corporation, including public companies, closely held corporations, professional corporations, and subchapter S corporations.  The records shall include, but not be limited to, stock records, charter, by-laws, tax returns for the last 3 years, canceled checks, check registers, cash receipts journals, disbursements journals, sales journals, financial statements, statements of profit and loss, and listings of accounts receivable.

IT IS FURTHER ORDERED that Defendant, ROBERT L. FISHER, shall not transfer any property or money.

Dated: August 9, 2012

                                                                    <u>S/Robert H. Cleland</u>
                                                                    U. S. District Court Judge